UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>  PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>  DEFENDANTS. | CASE NO.: 1:24-CV-05989 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL AND TEMPORARILY PROCEED UNDER A PSEUDONYM**

Plaintiff, XYZ Corporation ("Plaintiff"), by its undersigned counsel, seeks this Court's authorization for leave to file certain documents under seal, and to temporarily proceed under a pseudonym in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.*, and 17 U.S.C. § 101, *et seq.*, of the Federal Copyright Act. Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: July 16, 2024

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***