## Check Out Page



**Seller / Store Information**



# 24.    LAIDEYI-Dropshipping Store

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: LAIDEYI-Dropshipping Store

**Merchant ID:** 1101224273

**Store URL**: https://www.aliexpress.com/store/1101224273

**Product URL:**    https://www.aliexpress.com/item/3256804423934814.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**    AQG-Video-1 (PA0002472817)

LAIDEYI-Dropshipping Store                                                CONTINUED

## Product & Listing Information



## Check Out Page



**LAIDEYI-DROPSHIPPING STORE**                                          **CONTINUED**

**Seller / Store Information**



# 25.     <u>Good life, day day up Store</u>

## <u>DEFENDANT INTERNET STORE INFORMATION:</u>

**Marketplace**: Aliexpress

**Store Name**: Good life, day day up Store

**Merchant ID:** 1101254117

**Store URL**: https://www.aliexpress.com/store/1101254117

**Product URL:**     https://www.aliexpress.com/item/3256806254152761.html

## <u>INFRINGEMENT INFORMATION:</u>

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    May 7, 2024

**Intellectual Property Infringed:**

    **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

     **Copyrights:**

GOOD LIFE, DAY DAY UP STORE                                                    CONTINUED

## Product & Listing Information



## Check Out Page



## Seller / Store Information



# 26.     Shop3033016 Store

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: Shop3033016 Store

**Merchant ID:** 1101257114

**Store URL**: https://www.aliexpress.com/store/1101257114

**Product URLs:**     https://www.aliexpress.com/item/2255800852768426.html;
https://www.aliexpress.com/item/3256804076597560.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 2

**Screenshots Captured on:**     July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**     AQG-Video-1 (PA0002472817)

SHOP3033016 STORE                                                    CONTINUED

## Product & Listing Information



**Shop3033016 Store**                                          **Continued**

## Product & Listing Information





Shop3033016 Store                                                                CONTINUED

## Product & Listing Information



SHOP3033016 STORE                                                                    CONTINUED

## Check Out Page



**Seller / Store Information**



# 27.     eHouseholds Supplies Living Hall Store

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: eHouseholds Supplies Living Hall Store

**Merchant ID:** 1101257228

**Store URL**: https://www.aliexpress.com/store/1101257228

**Product URL:**     https://www.aliexpress.com/item/3256801557181011.html


**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**

    **Copyrights:**    AQG-Video-1 (PA0002472817)

eHouseholds Supplies Living Hall Store                                    Continued

## Product & Listing Information



eHOUSEHOLDS SUPPLIES LIVING HALL STORE                    CONTINUED

## Product & Listing Information



eHouseholds Supplies Living Hall Store                                    Continued

## Check Out Page



eHOUSEHOLDS SUPPLIES LIVING HALL STORE                    CONTINUED

**Seller / Store Information**





# 28.    No desire Store

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: No desire Store

**Merchant ID:** 1101356224

**Store URL**: https://www.aliexpress.com/store/1101356224

**Product URL:**    https://www.aliexpress.com/item/3256802840622082.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**   May 27, 2024

**Intellectual Property Infringed:**

**Trademarks:**

**Copyrights:**   AQG-Video-1 (PA0002472817)

## Product & Listing Information



## Check Out Page



### Seller / Store Information



# 29.     WE House Store

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: WE House Store

**Merchant ID:** 1101371458

**Store URL**: https://www.aliexpress.com/store/1101371458

**Product URL:**     https://www.aliexpress.com/item/3256806423200051.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**   July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

    **Copyrights:**

WE HOUSE STORE                                    CONTINUED

## Product & Listing Information



## Product & Listing Information



WE House Store                                                                                          Continued

## Check Out Page



WE HOUSE STORE                                                                    CONTINUED

## Seller / Store Information



# 30.    __Happines_House Store__

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: Happines_House Store

**Merchant ID:** 1101418900

**Store URL**: https://www.aliexpress.com/store/1101418900

**Product URL:**    https://www.aliexpress.com/item/3256802469575330.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**

    **Copyrights:**    AQG-Video-1 (PA0002472817)

HAPPINES_HOUSE STORE                                                                          CONTINUED

## Product & Listing Information





## Product & Listing Information



HAPPINES_HOUSE STORE                                                    CONTINUED

## Check Out Page



## Seller / Store Information





**Business information**

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| Company name: | Guangzhou Whose Trading Co., Ltd. |
| VAT number: | 914401113402****** |
| Business license registration number: | 914401113402****** |
| Address: | Room 414, No. 1, North Jiangxia School Road, Baiyun District, Guangzhou City, Guangdong Province, China |
| Legal Representative: | Xu Qiuling |
| Business Scope: | Import and export of goods (except franchised commodities); Wholesale of daily utensils and daily groceries; Wholesale of kitchen equipment and kitchen supplies; Wholesale of cosmetics and sanitary products; Wholesale of textiles, knitwear and raw materials; Wholesale of motorcycle spare parts; Wholesale of motorcycle spare parts; Wholesale of auto parts; Wholesale of mechanical accessories; Wholesale of leather and leather products; Wholesale of sporting goods and equipment; Wholesale of stationery; Wholesale of household appliances; Packaging of transportation goods; commodity information consulting services; Science and technology information consulting services; Information technology consulting services; Real estate consulting services; Social legal consulting; Legal document agency; Business consulting services; Trade consulting services; Enterprise management consulting services; Investment consulting services; Enterprise credit consulting services; Department store retail (except food retail); Comprehensive retail of daily necessities; Cargo inspection agency services; Cargo customs declaration agency services; Joint transportation agency services; Packaging, loading and unloading, transportation full service agents; Logistics agency services; Warehousing agency services; |
| Established: | 2015-05-15 |
| Registration authority: | State Administration for Market Regulation, Baiyun District, Guangzhou |
| Mail Order Report Number: | |

# 31.    Yi Dai Store

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: Yi Dai Store

**Merchant ID:** 1101582652

**Store URL**: https://www.aliexpress.com/store/1101582652

**Product URL:**        https://www.aliexpress.com/item/3256802992402231.html

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**    AQG-Video-1 (PA0002472817)

Yi Dai Store                                                                                    Continued

## Product & Listing Information





YI DAI STORE                                          CONTINUED

## Product & Listing Information



Yɪ Dᴀɪ Sᴛᴏʀᴇ                                                                            Cᴏɴᴛɪɴᴜᴇᴅ

## Check Out Page



YI DAI STORE                                                                                    CONTINUED

**Seller / Store Information**



# 32.    Neuf fois Store

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: Neuf fois Store

**Merchant ID:** 1101740339

**Store URL**: https://www.aliexpress.com/store/1101740339

**Product URL:**    https://www.aliexpress.com/item/3256804488347760.html


## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    May 7, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**    AQG-Video-1 (PA0002472817)

NEUF FOIS STORE                                                              CONTINUED

## Product & Listing Information



## /Check Out Page



NEUF FOIS STORE                                                                CONTINUED

**Seller / Store Information**



# 33. **MixDecor Store**

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: MixDecor Store

**Merchant ID:** 1101770395

**Store URL**: https://www.aliexpress.com/store/1101770395

**Product URL:**     https://www.aliexpress.com/item/3256805668382017.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**

    **Copyrights:**   AQG-Video-1 (PA0002472817)

MIXDECOR STORE                                                                    CONTINUED

## Product & Listing Information



MixDecor Store                                                    Continued

## Product & Listing Information



MixDecor Store                                                    Continued

## Product & Listing Information



MIXDECOR STORE                                                    CONTINUED

## Check Out Page



## Seller / Store Information



# 34.    xobw Kitchen Bathroom Accessories Store

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: xobw Kitchen Bathroom Accessories Store

**Merchant ID:** 1101784189

**Store URL**: https://www.aliexpress.com/store/1101784189

**Product URL:**        https://www.aliexpress.com/item/3256805905654160.html

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**

    **Copyrights:**    AQG-Video-1 (PA0002472817)

XOBW KITCHEN BATHROOM ACCESSORIES STORE                                    CONTINUED

## Product & Listing Information



**XOBW KITCHEN BATHROOM ACCESSORIES STORE**                                      **CONTINUED**

## Product & Listing Information



XOBW KITCHEN BATHROOM ACCESSORIES STORE                                        CONTINUED

## Check Out Page



XOBW KITCHEN BATHROOM ACCESSORIES STORE                    CONTINUED

## Seller / Store Information





**Business information**

Please see the seller's business information below.

Business license/information

Company name:             Shenzhen Zhenweixin Technology Co., Ltd
VAT number:               91440300MA5G******
Business license          91440300MA5G******
registration number:
Address:                  CN 402, Gengyun Building, No. 92, Wuhe Community and Hom Road, Bantian
                          Street, Longgang District, Shenzhen City, Guangdong Province
Legal Representative:     Li Zhenghan
Business Scope:           General business items are: research and development and sales of electronic
                          products; Operating e-commerce; Database management; Domestic trade;
                          Goods and technology and export. Engaged in technology development and
                          technical consulting in the field of network technology products; Database
                          services; Supply chain management; Computer software technology
                          development; Computer system integration; Network technology development,
                          web design, multimedia design; Investment in the establishment of industries
                          (specific projects to be declared separately), investment consulting (excluding
                          futures, securities, insurance and other financial businesses), Enterprise
                          Management Consulting; Import and export of goods and technologies..
                          Licensed items are:
Established:              2020-01-14
Registration authority:   Shenzhen, Shenzhen State Administration for Market Regulation
Mail Order Report
Number:

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确
性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

## 35. House Decor1542433688 Store

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: House Decor1542433688 Store

**Merchant ID:** 1101918562

**Store URL**: https://www.aliexpress.com/store/1101918562

**Product URL:**  https://www.aliexpress.com/item/3256805520997731.html

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**  July 2, 2024

**Intellectual Property Infringed:**

  **Trademarks:**

  **Copyrights:**  AQG-Video-1 (PA0002472817)

House Decor1542433688 Store — Continued

## Product & Listing Information



HOUSE DECOR1542433688 STORE                                                  CONTINUED

## Product & Listing Information



## Check Out Page



### Seller / Store Information



# 36.     New Yi Lu Store

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: New Yi Lu Store

**Merchant ID:** 1101956300

**Store URL**: https://www.aliexpress.com/store/1101956300

**Product URL:**     https://www.aliexpress.com/item/3256806250341602.html

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**:  1

**Screenshots Captured on:**   July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**   AQG-Video-1 (PA0002472817)

NEW YI LU STORE                                                                     CONTINUED

## Product & Listing Information



NEW YI LU STORE                                                    CONTINUED

## Product & Listing Information



NEW YI LU STORE                                                                          CONTINUED

## Product & Listing Information



## Check Out Page



## Seller / Store Information



# 37.   **Practical Items Store**

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: Practical Items Store

**Merchant ID:** 1101961487

**Store URL**: https://www.aliexpress.com/store/1101961487

**Product URL:**          https://www.aliexpress.com/item/3256803938407838.html

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**

    **Copyrights:**   AQG-Video-1 (PA0002472817)

PRACTICAL ITEMS STORE                                                    CONTINUED

## Product & Listing Information



## Product & Listing Information



PRACTICAL ITEMS STORE                                                    CONTINUED

## Check Out Page



## Seller / Store Information



# 38.     **ELITECTK Store**

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: ELITECTK Store

**Merchant ID:** 1102266117

**Store URL**: https://www.aliexpress.com/store/1102266117

**Product URL:**         https://www.aliexpress.com/item/3256806072060240.html

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**   July 2, 2024

**Intellectual Property Infringed:**

**Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

**Copyrights:**

ELITECTK STORE                                                    CONTINUED

## Product & Listing Information



ELITECTK STORE                                                                                    CONTINUED

## Product & Listing Information





## Check Out Page



ELITECTK STORE                                                                CONTINUED

## Seller / Store Information



# 39. X&Q Store

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: X&Q Store

**Merchant ID:** 1103267219

**Store URL**: https://www.aliexpress.com/store/1103267219

**Product URL:**    https://www.aliexpress.com/item/3256806781021885.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

**Trademarks:**

**Copyrights:**    AQG-Video-1 (PA0002472817)

X&Q Store                                                                 CONTINUED

## Product & Listing Information



X&Q STORE                                                                                    CONTINUED

## Product & Listing Information





## Check Out Page



**Seller / Store Information**



### Store info

| | |
|---|---|
| Store name | X&Q Store |
| Store ID | 1103267218 |
| Open since | Oct 26,2023 |

Business license

### Store data

**90.8%** positive reviews

**10,000+** sold by store

**200+** regular buyers

**Business information**

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| Company name: | Guangzhou Lingqi Information Technology Co., Ltd. |
| VAT number: | 91440111MA59****** |
| Business license registration number: | 91440111MA59****** |
| Address: | null Room 437, No.1, Jiangxia School North Road, Baiyun District, Guangzhou City, Guangdong Province |
| Legal Representative: | Li Xiaoqian |
| Business Scope: | Commodity wholesale trade (except for licensed commodities); Import and export of goods (except for exclusively controlled commodities); Technology import and export; Software development; Information system integration services; Information technology consulting services; Enterprise Management Consulting Services; Corporate image planning services; Planning creative services; Investment consulting services; Conference and exhibition services; Trade agency; Enterprise management services (except those involving licensed business projects); Trade consulting services; industrial and commercial consulting services; Social legal consultation; Legal document agency; Enterprise financial consulting services; Transportation consulting services; Warehousing consulting services; Office services; Computer inkjet and blueprint services; Business printing services; Enterprise credit consulting services; International freight forwarding; Cargo inspection agency services; Cargo customs declaration agency services; Joint transportation agency services; Packing, loading and unloading, transportation full service agency; Logistics agency services; Storage agency services; air freight forwarding services |
| Established: | 2016-07-29 |
| Registration authority: | State Administration for Market Regulation, Baiyun District, Baiyun District, Guangzhou City, Guangdong Province, China |
| Mail Order Report Number: | |

# 40. Emma Sky

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: Emma Sky

**Merchant ID:** 1103276189

**Store URL**: https://www.aliexpress.com/store/1103276189

**Product URL:** https://www.aliexpress.com/item/3256806851288673.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:** July 2, 2024

**Intellectual Property Infringed:**

**Trademarks:**

**Copyrights:** AQG-Video-1 (PA0002472817)

EMMA SKY                                                                    CONTINUED

## Product & Listing Information



EMMA SKY                                                                CONTINUED

## Product & Listing Information



EMMA SKY                                                              CONTINUED

## Check Out Page



**Seller / Store Information**



Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| Company name: | Guangzhou Lingtu Information Technology Co., Ltd. |
| VAT number: | 91440111MA59****** |
| Business license registration number: | 91440111MA59****** |
| Address: | null 301, No. 13, Fengdu Li, Zhangcun, Baiyun District, Guangzhou City, Guangdong Province |
| Legal Representative: | Xu Yongwei |
| Business Scope: | Trade agency; Information system integration services; Information technology consulting services; Enterprise Management Consulting Services; Investment consulting services; Conference and exhibition services; Enterprise management services (except those involving licensed business projects); Trade consulting services; Social legal consulting; Legal document agency; Industrial and commercial consulting services; Enterprise financial consulting services; Transportation consulting services; Warehousing consulting services; Office services; Computer printing and mapping services; business printing services; Enterprise credit consulting services; Cargo inspection agency services; Cargo customs declaration agency services; Joint transportation agency services; Packing, loading and unloading, transportation full service agency; Logistics agency services; Warehousing agency services; Import and export of goods (except for exclusively controlled commodities); Import and export of technology; Wholesale trade of commodities (except for approved commodities); Software development; Planning creative services; Corporate Image planning services; (For projects subject to approval in accordance with the law, business activities can only be carried out after approval by relevant departments) |
| Established: | 2016-07-29 |
| Registration authority: | State Administration for Market Regulation, Baiyun District, Baiyun District, Guangzhou City, Guangdong Province, China |
| Mail Order Report Number: | |

# 41.     Shop1103401413 Store

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Aliexpress

**Store Name**: Shop1103401413 Store

**Merchant ID:** 1103397424

**Store URL**: https://www.aliexpress.com/store/1103397424

**Product URL:**     https://www.aliexpress.com/item/3256806250546715.html


**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**  July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**  AQG-Video-1 (PA0002472817)

SHOP1103401413 STORE                                                    CONTINUED

## Product & Listing Information



Shop1103401413 Store                                                                      Continued

## Product & Listing Information



SHOP1103401413 STORE

CONTINUED

## Check Out Page



## Seller / Store Information



# 42.     Shop3582010 Store

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Aliexpress

**Store Name**: Shop3582010 Store

**Merchant ID:** 1101277127

**Store URL**:  https://www.aliexpress.com/store/1101277127

**Product URL:**       https://www.aliexpress.com/item/3256805804010236.html

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

**Trademarks:**

**Copyrights:**    AQG-Video-1 (PA0002472817)

Shop3582010 Store                                                           Continued

## Product & Listing Information



Shop3582010 Store                                                                 Continued

## Product & Listing Information



SHOP3582010 STORE                                                                  CONTINUED

## Check Out Page



SHOP3582010 STORE                                                          CONTINUED

**Seller / Store Information**



# AMAZON

## 43.    LuckyCoast

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: LuckyCoast

**Merchant ID:** A10S9HX99D7AUM

**Store URL**: https://www.amazon.com/sp?seller=A10S9HX99D7AUM

**Product URL:**        https://www.amazon.com/dp/B0977KJQWV

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    April 22, 2024

**Intellectual Property Infringed:**

   **Trademarks:**  Aqua Globes (U.S. Reg. No. 3,810,868)

   **Copyrights:**  AQG-Video-1 (PA0002472817)

LUCKYCOAST                                                                    CONTINUED

## Product & Listing Information





LUCKYCOAST                                                    CONTINUED

## Product & Listing Information



amazon.com/dp/B0977KJQWV

Each globe measures 6 inches in length with a globe diameter of 2.5 inches. Self-watering bulbs can be used with any plant size. Simply add more globes to larger plants and fewer globes to smaller plants.

**Main Features:**






aqua globes is

Multicolored Glass Plant Watering Globes

This colorful popular glass aqua globes is Manually made and made of thickened glass,great quality and beautiful color. Our garden watering accessory with special pattern is very striking and it could decorates your home while being practical at the same time.

Easy to Clean and Maintain

Easy maintaining. To clean globe, simply fill with water and mild dish soap and shake well. Once globe looks clean, rinse and let air dry.

Automatic Watering System

Fill each watering globe with water. Insert the tube into the hole you made in the soil and you are on your way to healthy, beautiful plants. Allowing all indoor and outdoor plants to naturally draw-up water through their soil and root system at their own pace.

### How to Use?






1:Fill water into the watering devices through the pipe openings.

2: Use other tools to dig a hole in the soil, this will help to avoid soil clogging the tube.

3: Sharpening design, easy to insert the water bulbs to the hole you made in the soil.

4:The water of plants self watering spikes will automatically release slowly.



## Seller / Store Information



# 44. apprunyan

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: apprunyan

**Merchant ID:** A12EE6WBBBPSH3

**Store URL**: https://www.amazon.com/sp?seller=A12EE6WBBBPSH3

**Product URL:**     https://www.amazon.com/dp/B09MCT5DR9

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**   July 9, 2024

**Intellectual Property Infringed:**

**Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

**Copyrights:**

## Product & Listing Information



## Checkout Page



## Seller / Store Information



# 45.    <u>gL125</u>

## <u>DEFENDANT INTERNET STORE INFORMATION:</u>

**Marketplace**: Amazon

**Store Name**: gL125

**Merchant ID:** A12PYACIAAI9V7

**Store URL**: https://www.amazon.com/sp?seller=A12PYACIAAI9V7

**Product URL:**        https://www.amazon.com/dp/B0D1R4P4F5


## <u>INFRINGEMENT INFORMATION:</u>

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    May 20, 2024

**Intellectual Property Infringed:**

   **Trademarks:**    Aqua Globes (U.S. Reg. No. 3,810,868)

   **Copyrights:**

GL125 **CONTINUED**

## Product & Listing Information



## Seller / Store Information



# 46.    BESTOMZ

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: BESTOMZ

**Merchant ID**: A13FOK8UUB6VG1

**Store URL**: https://www.amazon.com/sp?seller=A13FOK8UUB6VG1

**Product URLs:**    https://www.amazon.com/dp/B08BCL9BBY;
https://www.amazon.com/dp/B08BCMPCHD

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 2

**Screenshots Captured on:**    July 9, 2024

**Intellectual Property Infringed:**

  **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

  **Copyrights:**

# BESTOMZ

CONTINUED

## Product & Listing Information



# BESTOMZ

## Product & Listing Information



## Check Out Page



**BESTOMZ**                                                                                          CONTINUED

## Seller / Store Information



# 47.     MaXueJunUS

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: MaXueJunUS

**Merchant ID:** A167ZK0QHIV0V7

**Store URL**: https://www.amazon.com/sp?seller=A167ZK0QHIV0V7

**Product URL:**          https://www.amazon.com/dp/B08DCTS75V

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**     July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**    Aqua Globes (U.S. Reg. No. 3,810,868)

    **Copyrights:**

MAXUEJUNUS                                                                    CONTINUED

## Product & Listing Information



## Product & Listing Information



## Check Out Page



## Seller / Store Information



# 48.    fullsupply

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: fullsupply

**Merchant ID:** A18WPYVAJ8026F

**Store URL**: https://www.amazon.com/sp?seller=A18WPYVAJ8026F

**Product URL:**        https://www.amazon.com/dp/B0C23WH23V


**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    May 7, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**    AQG-Video-1 (PA0002472817)

**FULLSUPPLY**                                                         **CONTINUED**

## Product & Listing Information



## Seller / Store Information



# 49. JiNanLiXue

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: JiNanLiXue

**Merchant ID**: A18Y3ZMNRXOSX9

**Store URL**: https://www.amazon.com/sp?seller=A18Y3ZMNRXOSX9

**Product URL:**      https://www.amazon.com/dp/B0C4T2ZQY7


## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    June 11, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**   AQG-Video-1 (PA0002472817)

JɪNᴀɴLɪXᴜᴇ                                                                                      Cᴏɴᴛɪɴᴜᴇᴅ

## Product & Listing Information



JıNaNLıXue                                                                                    Continued

## Product & Listing Information



## Seller / Store Information



# 50.    Ahhute-

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: Ahhute-

**Merchant ID:** A198CZHU7ZUWLZ

**Store URL**: https://www.amazon.com/sp?seller=A198CZHU7ZUWLZ

**Product URL:**          https://www.amazon.com/dp/B0BF41G46K


## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

   **Copyrights:**

AHHUTE-                                                                    CONTINUED

## Product & Listing Information



## Product & Listing Information



AHHUTE-                                                                                    CONTINUED

## Check Out Page



## Seller / Store Information



# 51. VerryGood Merchant

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: VerryGood Merchant

**Merchant ID:** A19M6T28YT9DWT

**Store URL**: https://www.amazon.com/sp?seller=A19M6T28YT9DWT

**Product URL:**      https://www.amazon.com/dp/B07WCPBR96

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    April 22, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

    **Copyrights:**

VERRYGOOD MERCHANT                                                        CONTINUED

## Product & Listing Information



## Seller / Store Information



# 52.    xiexiaorong-us

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: xiexiaorong-us

**Merchant ID**: A1AJPZ2ZBV1CBG

**Store URL**: https://www.amazon.com/sp?seller=A1AJPZ2ZBV1CBG

**Product URL:**      https://www.amazon.com/dp/B0CZL43S7Z


## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

   **Copyrights:**

## Product & Listing Information



## Seller / Store Information



# 53.     Unee1

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: Unee1

**Merchant ID:** A1AWY0WATEC1UU

**Store URL**: https://www.amazon.com/sp?seller=A1AWY0WATEC1UU

**Product URL:**          https://www.amazon.com/dp/B0B8BL15VD


**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

      **Copyrights:**

## Product & Listing Information



## Product & Listing Information



UNEE1            CONTINUED

## Check Out Page



## Seller / Store Information



# 54. <u>Bghxs</u>

<u>**DEFENDANT INTERNET STORE INFORMATION:**</u>

**Marketplace**: Amazon

**Store Name**: Bghxs

**Merchant ID:** A1BBY5P9I6EX3Y

**Store URL**: https://www.amazon.com/sp?seller=A1BBY5P9I6EX3Y

**Product URLs:**    https://www.amazon.com/dp/B0CSKHHFHY;
https://www.amazon.com/dp/B0CSKHYBY2

<u>**INFRINGEMENT INFORMATION:**</u>

**Number of Unique Infringements**: 2

**Screenshots Captured on:**    May 27, 2024

**Intellectual Property Infringed:**

    **Trademarks:**

    **Copyrights:**    AQG-Video-1 (PA0002472817)

## Product & Listing Information



## Product & Listing Information



## Product & Listing Information



## Seller / Store Information



# 55.    bonanzas

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: bonanzas

**Merchant ID:** A1BDLI0L7B2TPR

**Store URL**: https://www.amazon.com/sp?seller=A1BDLI0L7B2TPR

**Product URL:**        https://www.amazon.com/dp/B0BXHX7QJL


**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**:  1

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**

    **Copyrights:**    AQG-Video-1 (PA0002472817)

BONANZAS                                                                    CONTINUED

## Product & Listing Information



BONANZAS                                                                                    CONTINUED

# Product & Listing Information



## Check Out Page



## Seller / Store Information



# 56.    CTTPEG-com

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: CTTPEG-com

**Merchant ID**: A1C2N0G2TUFICW

**Store URL**: https://www.amazon.com/sp?seller=A1C2N0G2TUFICW

**Product URL:**        https://www.amazon.com/dp/B08ZCYZ682


## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    March 19, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

    **Copyrights:**

CTTPEG-COM                                                                      CONTINUED

## Product & Listing Information



## Seller / Store Information



# 57.     vertanle

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: vertanle

**Merchant ID:** A1CB3N27JYWG4P

**Store URL**: https://www.amazon.com/sp?seller=A1CB3N27JYWG4P

**Product URL:**     https://www.amazon.com/dp/B0CDP64M6K


**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**   May 7, 2024

**Intellectual Property Infringed:**

   **Trademarks:**

   **Copyrights:**   AQG-Video-1 (PA0002472817)

VERTANLE                                                                CONTINUED

## Product & Listing Information



VERTANLE                                                           CONTINUED

## Seller / Store Information



# 58.     Mairubo

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: Mairubo

**Merchant ID:** A1CGS7N18LERDL

**Store URL**: https://www.amazon.com/sp?seller=A1CGS7N18LERDL

**Product URLs:**      https://www.amazon.com/dp/B0C8D5KN53;
https://www.amazon.com/dp/B0CRK67K1T


## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 2

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

   **Copyrights:**

## Product & Listing Information



## Product & Listing Information



## Check Out Page



## Seller / Store Information



# 59.    HELLORSO

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: HELLORSO

**Merchant ID:** A1CO7R0V1GWO8E

**Store URL**: https://www.amazon.com/sp?seller=A1CO7R0V1GWO8E

**Product URLs:**     https://www.amazon.com/dp/B0D3CW18BX;
https://www.amazon.com/dp/B0D3CXFGMY;
https://www.amazon.com/dp/B0D3CXJ4SL

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 3

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

   **Copyrights:**

# HELLORSO

CONTINUED

## Product & Listing Information



# HELLORSO

## CONTINUED

## Product & Listing Information



HELLORSO                                                                    CONTINUED

## Seller / Store Information



# 60. lijiankang

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: lijiankang

**Merchant ID:** A1DRS6U2CFP46R

**Store URL**: https://www.amazon.com/sp?seller=A1DRS6U2CFP46R

**Product URL:**    https://www.amazon.com/dp/B0CN93P55K

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 1

**Screenshots Captured on:**    June 11, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

   **Copyrights:**

## Product & Listing Information



- 💦 **Cute** 🌿 Iridescent water globes like floating soap bubbles in pots, letting the sunshine through, add a touch of charm, coolness, beauty to your plants. Perfect plant thing for plant lovers.
- 💦 **Truely Large** 🌿 With a large capacity of 13 oz, the self watering bulbs can keep your plants hydrated for more than 2 weeks. Perfect for larger plants. Recommend for 4 inch and above potted plants.
- 💦 **Magic Rubber Stopper** 🌿 The innovative rubber stopper with wick cord in for plant waterer can completely prevent the glass stem from being clogged with dirt, and also make your plants have consistent slow released bottom watering as well without adjusting the angle. It definitely saves the hassle of cleaning the water globes as well.
- 💦 **Easy To Fill** 🌿 1 cm wide opening makes fill water a breeze. Set up the watering device in 1 minute and 4 easy steps, then you can watch your plants healthy and thriving.
- 💦 **Quality and Versatile** 🌿 3000 ℉ hand blown high-grade borosilicate glass self-watering stakes is suitable for home, gardens, offices, schools, and more. They make great compaions for your plants.
- 💦 **Good to Know** 🌿 Please follow the instructions closely, make a hole with the provided stick before inserting the planter insert into the soil in case of aqua globes shattering.



LIJIANKANG                                                            CONTINUED

## Product & Listing Information





LIJIANKANG                                                                    CONTINUED

## Product & Listing Information





## Seller / Store Information



# 61. wjuangui

**DEFENDANT INTERNET STORE INFORMATION:**

**Marketplace**: Amazon

**Store Name**: wjuangui

**Merchant ID:** A1FSN3DUMGR6LE

**Store URL**: https://www.amazon.com/sp?seller=A1FSN3DUMGR6LE

**Product URL:**        https://www.amazon.com/dp/B0CQGYPWGC

**INFRINGEMENT INFORMATION:**

**Number of Unique Infringements**: 1

**Screenshots Captured on:**   July 2, 2024

**Intellectual Property Infringed:**

   **Trademarks:**   Aqua Globes (U.S. Reg. No. 3,810,868)

    **Copyrights:**

WJUANGUI                                                                 CONTINUED

## Product & Listing Information





## Seller / Store Information



# 62. **Hofumix Direct**

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Amazon

**Store Name**: Hofumix Direct

**Merchant ID**: A1HS99SO8VS8U5

**Store URL**: https://www.amazon.com/sp?seller=A1HS99SO8VS8U5

**Product URLs:**    https://www.amazon.com/dp/B07BFTXWDZ;
https://www.amazon.com/dp/B0B7RSVBYZ


## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 2

**Screenshots Captured on:**    July 2, 2024

**Intellectual Property Infringed:**

    **Trademarks:**    Aqua Globes (U.S. Reg. No. 3,810,868)

    **Copyrights:**