UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:24-CV-05989<br><br>JUDGE MANISH S. SHAH<br><br>MAGISTRATE JUDGE JEFFREY T. GILBERT |

## DECLARATION OF SERVICE

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare as follows:

1.     I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Allstar Marketing Group, LLC ("AMG" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.     This Court entered an Order permitting Plaintiff to complete service of process to Defendants, pursuant to Federal Rule of Civil Procedure 4(f)(3), by electronic publication and/or by sending an email to any email addresses identified by third-parties, for the Defendants, which includes a link to a website upon which all of the relevant court documents will be published. See Docket No. [34], at ¶ 8. Attached as **Exhibit 1** is the list of Defendants and the email addresses identified by third-parties upon which electronic service of process has been effectuated (the "Service Email Addresses").

1

3. I hereby certify that on or before October 16, 2024, I electronically published the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, on a website to which the Defendants have been directed (the "Service Website"). Attached hereto as **Exhibit 2** is a true and correct copy of the Service Website, which can be accessed at the following URL: https://www.sullivancarterlaw.com/24-cv-05989.

4. I hereby certify that on October 16, 2024, I sent an email to the Service Email Addresses containing a copy of the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, as well as a link to the Service Website. Attached hereto as **Exhibit 3** is a true and correct copy of the email that Plaintiff sent to the Service Email Addresses.

5. I hereby certify that Defendants also receive a notification through their Defendant Internet Stores directly from the online marketplace on which they operate, as well as from the payment processors. Attached hereto as **Exhibit 4** are examples of these notifications sent to Defendants.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this October 16, 2024, at Chicago, Illinois.

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Counsel for Plaintiff, Allstar Marketing Group, LLC