**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, | CASE NO.: 1:24-CV-05989 |
|     PLAINTIFF, | |
| V. | JUDGE MANISH S. SHAH |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
|     DEFENDANTS. | MAGISTRATE JUDGE JEFFREY T. GILBERT |

## <u>DECLARATION OF SERVICE | EXHIBITS</u>

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 1 | Service Email Addresses |
| Exhibit 2 | Service Website |
| Exhibit 3 | Service E-Mail |
| Exhibit 4 | Examples of Service / Notification of the Lawsuit Sent from Online Marketplaces to Defendants |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ALLSTAR MARKETING GROUP, LLC,

    PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:24-cv-05989

JUDGE MANISH S. SHAH

MAGISTRATE JUDGE JEFFREY T. GILBERT

## EXHIBIT 1 | SERVICE EMAIL ADDRESSES

| NO. | SELLER NAME | EMAIL ADDRESS(ES) |
|---|---|---|
| 1 | Baoying Meilida Christmas Glass Crafts Factory | joe@mldcraft.com |
| 2 | Qingdao Century View Industry Co., Ltd. | sales2@centuryview.cn; gavin@centuryview.cn; 6633107@qq.com |
| 3 | Yancheng Jingxin Glassware Co., Ltd. | jerry@cnglasswares.cn; sales03@cnglasswares.cn; sales06@cnglasswares.cn |
| 4 | Ningbo Zonglv Import & Export Co., Ltd. | sales@co-winwe.com |
| 5 | Changzhou Hantechn Imp.& Exp. Co., Ltd. | info@hantotools.com; 2163678970@qq.com; simon@hantotools.com |
| 6 | Henan Supengzhe Import And Export Co., Ltd. | vitaslucy@163.com; 15560162893@189.cn |
| 7 | Xuzhou Inge Glass Co., Ltd. | vikey@topglassware.net; info@topglassware.net; vikey_yin@163.com |
| 8 | Chengdu Jiadiman International Trading Co., Ltd. | info@jiadiman.com |
| 9 | Zibo Lianghua Glass Products Co., Ltd. | sales@lhglassware.com |
| 10 | Qixian Elegant Glassware Co., Ltd. | bonnie@mzlglassware.com; yaya@argosuccess.com |
| 11 | Shenzhen Winking Technology Co., Limited | eva@sz-winking.com |
| 12 | Shenzhen Magic Technology Co., Ltd. | alex@shenzhenmagic.com; alex@hnzlovy.com; 2032265712@qq.com |
| 13 | Zhuhai Times Creative Co.,Ltd | 2312530025@qq.com |
| 14 | Ningbo Topfeng Houseware Co., Ltd. | boss@topfeng.net |
| 15 | Shanxi XC Glassware Co., Ltd. | sales@xc-glassware.com; sunny@xc-glassware.com |
| 16 | Xuzhou Futing Packaging Materials Co., Ltd. | lisadong@mail.xzfuting.cn |
| 17 | Haining Yuncheng Gardening Co., Ltd. | leopardcheng@ycpot.com; yuncheng@hongyue.com; yuncheng@ycpot.com |

| NO. | SELLER NAME | EMAIL ADDRESS(ES) |
|---|---|---|
| 18 | Yangzhou Allan Handicraft Factory | admin@yzrongsheng.com.cn |
| 19 | ehome Store | qianzhiweione@outlook.com |
| 20 | LAIDEYI-Dropshipping Store | lanllantravel@outlook.com |
| 21 | Shop3033016 Store | gameremi@outlook.com |
| 22 | eHouseholds Supplies Living Hall Store | carlineup@outlook.com |
| 23 | No desire Store | liaokaoju16@163.com |
| 24 | Happines_House Store | wrdshopping@outlook.com |
| 25 | Yi Dai Store | jiabanaliexstore@163.com |
| 26 | Neuf fois Store | dizhi6li@163.com |
| 27 | MixDecor Store | ooeyep@outlook.com |
| 28 | xobw Kitchen Bathroom Accessories Store | htehbd@126.com |
| 29 | House Decor1542433688 Store | bilkoe526@sharplace.com |
| 30 | New Yi Lu Store | jiabanaliexstore2@163.com |
| 31 | Practical Items Store | 13025417416@163.com |
| 32 | X&Q Store | Publication |
| 33 | Emma Sky | Publication |
| 34 | Shop1103401413 Store | lhyaliexstore518@163.com |
| 35 | Shop3582010 Store | directicer@outlook.com |
| 36 | LuckyCoast | jenniejian@foxmail.com |
| 37 | MaXueJunUS | maxuejun2222@outlook.com |
| 38 | fullsupply | usluen@outlook.com |
| 39 | JiNanLiXue | aheaver@yeah.net |
| 40 | VerryGood Merchant | babyzhu1014@163.com |
| 41 | Unee1 | j8h6@yahoo.com |
| 42 | Bghxs | chousuius@outlook.com |
| 43 | bonanzas | wlxhongruida@163.com |
| 44 | CTTPEG-com | zl295957329@163.com |
| 45 | vertanle | vertaus@163.com |
| 46 | Hofumix Direct | dingdangring@outlook.com |
| 47 | DEAYOU | amzbest01@hotmail.com |
| 48 | HAIKOULiChengKun | skin90_80@163.com |
| 49 | Rui Mi Electronics | ruimidianziuk@outlook.com |
| 50 | tegongse | huangqiping7w@163.com |
| 51 | shen zhen shi xin zhi jia mao yi you xian gong si | xinzhijiamaoyi@163.com |
| 52 | Beautiful hut | 13312889598@189.cn |
| 53 | Good Mind Solutions | goodmindsolutions@gmail.com |
| 54 | Engsuyit | 693386350@qq.com |
| 55 | EnMercyStoreUS | chenennkamus@hotmail.com |
| 56 | YR Supreme | aruiqiu@outlook.com |
| 57 | lance005 | beimeimayi@sina.com |
| 58 | BELUPAI® | risklyalongdes@yahoo.com |
| 59 | SMEX | mahabi9@me.com |
| 60 | Farmer brother | 2964293043@qq.com |
| 61 | Tangchao-US | xiantangchao@hotmail.com |
| 62 | HAYAN STORE | etravel888@163.com |
| 63 | Kitchen Facility | selenaxie1017@hotmail.com |
| 64 | Klhamky life | noodlesbrother@outlook.com |
| 65 | chuntuguan Trading | superzx314@163.com |

| No. | SELLER NAME | EMAIL ADDRESS(ES) |
|-----|-------------|-------------------|
| 66 | CestMall | f90195@163.com |
| 67 | Sunstorey | 15207100819@163.com |
| 68 | IdealForYouStoreDirectUS | xielianxiangamzus@hotmail.com |
| 69 | Fa-DCL | xiyun4667@outlook.com |
| 70 | CaoShuoUS | caoshuo332@outlook.com |
| 71 | MEINUO | meinuoinc@hotmail.com |
| 72 | Veurshop | zhuoqiao0464758@163.com |
| 73 | BOPEY Direct | 568622973@qq.com |
| 74 | Aceliky | fuxiaodianziuk@outlook.com |
| 75 | nice morning | lejinjiaus@outlook.com |
| 76 | huanlan store | m18370060601_1@163.com |
| 77 | ZMTT | 1014762955@qq.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC, | CASE NO.: 1:24-cv-05989 |
|      PLAINTIFF, | |
| V. | JUDGE MANISH S. SHAH |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
|      DEFENDANTS. | MAGISTRATE JUDGE JEFFREY T. GILBERT |

# EXHIBIT 2 | SERVICE WEBSITE



NOTICE TO DEFENDANTS | CASE NO. 1:24-cv-05989

**Allstar Marketing Group LLC v. The Partnerships and Unincorporated Assoc.**

The Defendants operating the Defendants Internet Stores listed in Schedule A to the Complaint are hereby advised:  Plaintiff has charged Defendants with violations of United States federal laws prohibiting trademark infringement and counterfeiting, copyright infringement, and state and federal law prohibiting false designation of origin.

A copy of the Complaint, Summons, and other legal documents may be downloaded below when publicly available.  Any answer, or other response to the Complaint, should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from when the summons is served upon you, which occurred on October 16, 2024.

If no appearance or pleading is filed, the Court may render a default judgment against the Defendants.  Defendants are advised to seek legal counsel.

To initiate resolution to this matter, contact Plaintiff's attorney:
Sullivan & Carter, LLP
E-Mail: attorney@scip.law

## Case Documents

| | |
|---|---|
| 01-00_Complaint_24-cv-05989 (pdf) | ⬇ |
| 01-01_Exhibit 1_Trademarks_24-cv-05989 (pdf) | ⬇ |
| 01-02_Exhibit 1_Copyrights_24-cv-05989 (pdf) | ⬇ |
| 01-03_Exhibit 3_Schedule A_24-cv-05989 (pdf) | ⬇ |
| 02_Summons_24-cv-05989_stamped (pdf) | ⬇ |
| 04-00_Motion for Temporary Restraining Order_24-cv-05989 (pdf) | ⬇ |
| 04-01_Memo in Support of Motion for TRO_24-cv-05989 (pdf) | ⬇ |
| 05-00_Motion for Electronic Service of Process_24-cv-05989 (pdf) | ⬇ |
| 05-01_Memo in Support of Motion for E-Service_24-cv-05989 (pdf) | ⬇ |
| 06-00_Temporary Restraining Order_24-cv-05989 (pdf) | ⬇ |
| 07_Motion for Extension of TRO_24-cv-05989 (pdf) | ⬇ |
| 08-00_Motion for Preliminary Injunction_24-cv-05989 (pdf) | ⬇ |
| 08-01_Memo in Support of Motion for PI_24-cv-05989 (pdf) | ⬇ |
| 09-00_Notice of Motion for PI_24-cv-05989 (pdf) | ⬇ |

### Notice:

On October 16, 2022, Plaintiff filed a Motion for Preliminary Injunction [Docket No. 39] against the Defendants identified on Schedule A to the Complaint.

The Motion for Preliminary Injunction has been noticed for a hearing in front of the Honorable Judge Shah on Tuesday, October 22, 2024, at 9:45 a.m.  [See Docket No.

Copyright © 2024 Sullivan & Carter, LLP - All Rights Reserved.

Payments

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ALLSTAR MARKETING GROUP, LLC,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:24-CV-05989

JUDGE MANISH S. SHAH

MAGISTRATE JUDGE JEFFREY T. GILBERT

# EXHIBIT 3 | SERVICE E-MAIL

## SCIP Attorney

| | |
|---|---|
| **From:** | SCIP Attorney |
| **Sent:** | Wednesday, October 16, 2024 4:37 PM |
| **To:** | SCIP Attorney |
| **Subject:** | Allstar Marketing Group, LLC v. The Partnerships \| Case No. 1:24-cv-05989 \| Service of Process |
| **Attachments:** | 04-00_Motion for Temporary Restraining Order_24-cv-05989.pdf; 04-01_Memo in Support of Motion for TRO_24-cv-05989.pdf; 05-00_Motion for Electronic Service of Process_24-cv-05989.pdf; 05-01_Memo in Support of Motion for E-Service_24-cv-05989.pdf; 06-00_Temporary Restraining Order_24-cv-05989.pdf; 07_Motion for Extension of Temporary Restraining Order_24-cv-05989.pdf; 01-00_Complaint_24-cv-05989.pdf; 01-01_Exhibit 1_Trademarks_24-cv-05989.pdf; 01-02_Exhibit 1 _Copyrights_24-cv-05989.pdf; 01-03_Exhibit 3_Schedule A_24-cv-05989.pdf; 02 _Summons_24-cv-05989_stamped.pdf; 08-00_Motion for Preliminary Injunction_24-cv-05989.pdf; 08-01_Memo in Support of Motion for PI_24-cv-05989.pdf; 09-00_Notice of Motion for PI_24-cv-05989.pdf |

Dear Defendants:

The defendants operating the Defendant Internet Stores listed on Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal and state laws prohibiting trademark and copyright infringement and counterfeiting. Attached, please find a copy of the following pleadings filed in this case:

- Complaint & Exhibits to the Complaint
- Summons
- Motion for Leave to File Under Seal and Proceed Anonymously
- Memorandum in Support of Motion for Leave to File Under Seal and Proceed Anonymously
- Motion for Temporary Restraining Order
- Memorandum in Support of Motion for Temporary Restraining Order
- Motion for Electronic Service of Process
- Memorandum in Support of Motion for Electronic Service of Process
- Temporary Restraining Order
- Motion for Extension of Temporary Restraining Order
- Motion for Preliminary Injunction
- Memorandum in Support of Motion for Preliminary Injunction
- Notice of Motion for Preliminary Injunction

Furthermore, these and other legal documents may be obtained from Plaintiff's attorney, attorney@scip.law, and at the following website:

**Allstar Marketing Group, LLC v. The Partnerships & Unincorporated Associations Identified on Schedule A**
Case No. 1:24-cv-05989
https://www.sullivancarterlaw.com/24-cv-05989

Any Answer, or other response, to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from the day you receive the Summons. If no appearance or pleading is filed, the Court may render a judgment against the defendants.

If you do not wish to litigate this matter in court, we can still offer you a settlement, which will allow you to get your account back and to have the case dismissed against you. Please see the above contact information, if you wish to settle with Plaintiff.

If you have retained legal counsel for this matter, please forward this correspondence accordingly.

Sincerely,
Attorneys for Allstar Marketing Group, LLC

---



**Sullivan & Carter, LLP**
Attorneys for Plaintiff

Email:     attorney@scip.law
Firm:      (929) SCIP-LAW
           (929) 724-7529
Website:   www.scip.law

Confidentiality Disclaimer: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ALLSTAR MARKETING GROUP, LLC,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:24-cv-05989

JUDGE MANISH S. SHAH

MAGISTRATE JUDGE JEFFREY T. GILBERT

## EXHIBIT 4 | EXAMPLES OF SERVICE / NOTIFICATION OF THE LAWSUIT SENT FROM ONLINE MARKETPLACES TO DEFENDANTS

# ALIEXPRESS SERVICE EMAIL

Due to the suspected infringement of intellectual property rights by your company's products sold overseas, Alipay Merchant Services Pte. Ltd. (Singapore company) has imposed restrictions on the USD balance in your Singapore merchant account in accordance with the relevant provisions of the Alipay MS Terms and Conditions agreement. The evidence of infringement includes the materials submitted by the rights holder in the lawsuit QUANTUM PRINting Sourcing&FULFILLment, LLC, v. THE PARTNERSHIPS AND INCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE A (23-16497), Northern District Court of Illinois, United States, December 22. For more information about this case, please contact Ann Marie Sullivan at Sullivan&Carter law firm, phone number:+1224.724.7539 in the United States, email:【attorney@scip.law】. Please wait for the platform to send further email notifications regarding the original link between the complaint and the ban order in this case. Suspected infringing product link: https://www.aliexpress.us/item/3256803919882382.html (Note: Please refer to the legal documents served by the plaintiff or contact the plaintiff's law firm mentioned above for a complete list of suspected infringing goods.)

因贵司在境外所售商品涉嫌侵犯他人知识产权，Alipay Merchant Services Pte. Ltd.（新加坡公司）已依《Alipay MS Terms and Conditions》协议相关条款对贵司新加坡商户账户中的美元余额进行了限权。侵权证据包括权利人在诉讼案【QUANTUM PRINTING SOURCING & FULFILLMENT, LLC, v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,】（【23-16497】，【美国伊利诺伊州北区地方法院】，【12月22日】）中所提交的材料。关于该案的更多信息，请联系【Sullivan & Carter律所Ann Marie Sullivan】，电话: 美国【+1224.724.7539】，邮件:【attorney@scip.law】。该案起诉状与禁售令原文链接请等待平台后续发送邮件通知。涉嫌侵权商品链接:https://www.aliexpress.us/item/3256803919882382.html（注：完整涉嫌侵权商品清单请参考原告送达的法律文件或联系上述原告律所获取。）

# ALIBABA SERVICE EMAIL

**禁令通知23-16721**

T  TRONotice  2024-01-17 10:08

该文件涉及到一起美国法院诉讼，请您务必重视，并仔细阅读相关内容。

尊敬的客户：

因收到美国法院在知识产权侵权诉讼案中颁布的命令（https://www.sullivancarterlaw.com/23-cv-16721），平台知悉您在美国法院被原告起诉，法院命令要求您停止一切侵权行为。

由于该命令由美国法院颁发，且美国法官已审核过原告提交的侵权指控的证据，平台基于命令中认定的侵权事实，根据平台相关的协议/规则/政策的权力（包括但不限于贵司于国际站开通用户账户时同意的《Terms of Use》、《Free Membership Agreement》，及有关的《知识产权保护政策Intellectual Property Rights (IPR) Protection Policy》及《阿里巴巴国际站知识产权规则》），国际站特此通知您：

1、我们已冻结您国际站相关账户中截止到冻结当天的美元资金，范围包括：国际站平台进行交易及/或使用一达通出口服务而产生的截止冻结当天的美元资金，及截止到冻结当天之前的历史一达通订单所产生的退税款。

2、我们已删除被指明侵权的产品链接。

3、为防范您其他在线商品侵权，我们有权全面清理您阿里巴巴国际站的旺铺或采取其他措施。

请您务必关注命令的具体内容并严格遵守平台的规则。

请见下方原告代表的联络信息：

原告律师：Ann Marie
原告律所：Sullivan & Carter IP (SCIP)
原告律所地址：\
原告律师电话：(929) 724-7529
原告律师传真：\
原告律师电子邮件：attorney@scip.law

# EBAY SERVICE EMAIL

——————— 原始邮件 ———————
发件人: "notification" <notification@ebay.com>;
发送时间: 2024 年 4 月 10日(星期三) 晚上 10:40
收件人:
主题: eBay Payment Account is Restricted



Your payouts are currently on hold because your eBay payment account is restricted. A U.S. Court has directed eBay to freeze your account. Please reach out to plaintiff's attorney at attorney@scip.law for more information and to resolve the matter.

Court Order Details
Court: U.S. District Court for the Northern District of Illinois
Plaintiff: 3DTHREEDESIGN, LLC
Trademark/Copyright/Patent at issue: Dog Paste Toothpaste Topper Copyrights PAu004205563 and Photographs
Court Case Title: 24-cv-2627; 3DTHREEDESIGN, LLC v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

eBay did not decide to freeze your account, it was ordered to do so by a judge.  Please understand that eBay cannot release this freeze on your payouts until we receive instructions from the plaintiff's attorney, or we receive a copy of a notice of dismissal or satisfaction of judgment that has been filed with the court. This matter must be resolved with plaintiff's attorney or defended in court. Plaintiff's attorney can be contacted at the above email address.  An attorney can explain to you how to defend the lawsuit in court.

If you have not heard from plaintiff's attorney after 5 days, we will be happy to request they respond to you. If you need us to reach out, please contact VeRO@ebay.com.

eBay Document ID: 140494807007

ebay

为了解更多信息，请访问我们的隐私通知和查看我们的。

要进一步了解保持帐户安全，如有任何疑问，请联系我们。

eBay Marketplaces GmbH, Helvetiastrasse 15/17, 3005 Bern, Switzerland

© 1995-2024 eBay Inc. 或其附属公司

## S<small>HEIN</small> S<small>ERVICE</small> E<small>MAIL</small>

Dear seller, we have received a report from the United States federal court regarding Bala Bangles, INC v. DEFENDANTS, 1:23-cv-16721, Northern District of Illinois issues a Temporary Restriction Order (TRO), and in accordance with the requirements of this TRO and relevant US laws, we are required to delist the specific SKC you are selling (st2305313815811369). Meanwhile, freeze your account and all payments.

To resolve this dispute, please contact the plaintiff or their lawyer directly.

The contact information of the plaintiff's lawyer is as follows:
Alison K Carter Sullivan&amp
Carter LLP 2743 N Ridgeway Ave Chicago
 IL 60647 651-214-6654 Email:
a.carter@scip .law
ATTORNEY TO BE NOTICED Thank you!

## PAYONEER SERVICE EMAIL



### SHOPIFY SERVICE EMAIL

**From:** Shopify
**Sent:** Wednesday, July 17, 2024 8:46 PM
**To:**
**Subject:** Notification of Court Order for your connected Shopify Payments Account

---

Hello [REDACTED],

Stripe received a court order concerning the below account and has acted in accordance with that order. Until Stripe receives confirmation from the court that this matter is resolved, this account will remain paused.
·      [REDACTED] (Stripe ID associated to your Shopify Payments account)

You will need to resolve this directly with the court or law firm that sent Stripe the court order (the information is listed below) and have them send a release notice to Stripe.

If you have further questions regarding the hold you can contact Stripe at llg-notices@stripe.com or, the court or law firm in the notice. Shopify is unable to release a hold placed by our payment processors, this must be resolved directly with the lien holder and payment processor.

See 23-cv-15059 in the NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION. For more information, please contact the attorney who sent this order or the court that issued it.
Contact Information for the requesting attorney :
attorney@scip.law

Regards,
Carlos
Shopify Recovery
recovery_operations@shopify.com

Ticket ID: e782ce39-cc6a-4911-be9e-270ee012a7f5

---



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8